AO 91 (Rev 11/11)    Criminal Complaint

# United States District Court
### for the
### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.    M-26-1745-M |
| Ricardo SAENZ (USC / 1991) | ) | |
| Kevin Juan GARCIA-CERDA (MX / 2007) | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 27, 2026 _____ in the county of _____ Starr _____ in the

_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) 8 USC 1324(a)(1)(A)(v)(I) | Conspire and agree with persons known and unknown to knowingly transport, or move, or attempted to transport aliens from a location in Rio Grande City, Texas, to a location in Rio Grande City, Texas, by means of a motor vehicle. |

This criminal complaint is based on these facts:

See Attachment A

d States District
rn District o
FILED

PR 28

☒    Continued on the attached sheet

Approved by AUSA R. Sim

/s/    Kristian Aquino
_____
*Complainant's signature*

Kristian Aquino, Border Patrol Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on :

Date:    April 28, 2026    at 3:18 p.m.
_____
*Judge's signature*

City and State:    McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, Kristian Aquino, am a United States Border Patrol Agent and have knowledge of the following facts:

1. On April 27, 2026, USBP Agents encountered a 2 on 3 alien smuggling case in Rio Grande City, Texas.

2. At approximately 4:45 P.M., Border Patrol Agents (BPAs) conducting line watch operations in Rio Grande City, Texas, BPAs were alerted to a camera activation depicting a subject, later identified as Kevin Juan GARCIA-CERDA, dressed in dark clothing and communicating via phone while leading a group. Starr County District Attorney (SCDA) air assets establishing visual contact of the group as they proceeded northbound away from the Rio Grande River. The SCDA air unit maintained continuous surveillance of the group as they traversed through brush, observing a subject in dark clothing directing the group while on the phone towards an open lot adjacent to a residential area. The SCDA air unit then witnessed the individuals running and entering an red in color Ford Mustang. The SCDA air unit promptly relayed the vehicle's direction of travel to BPAs. Shortly thereafter, a Department of Public Safety (DPS) officer located the vehicle matching the description and initiated a traffic stop. BPAs arrived at the scene and were notified by DPS of the traffic infraction, and BPAs conducted immigration inspection of all vehicle occupants. The driver, was identified as Ricardo SAENZ, a United States Citizen. BPAs conducted immigration inspections of the remaining occupants and determined that Kevin Juan GARCIA-CERDA is a citizen of Mexico, and the remaining individuals lacked proper documentation for legal presence in the United States. All subjects were transported to the Rio Grande City Border Patrol Station for further case development.

3. Ricardo SAENZ, a United States Citizen, provided a post Miranda statement. SAENZ stated he was arrested for human smuggling in the past and is currently on probation for the following incident. SAENZ stated a friend contacted him to pick up and transport illegal aliens. SAENZ stated he was going through a hard time financially and accepted the smuggling job because it was easy money. SAENZ stated he was going to get paid $200 dollars per illegal alien he picked up and transport to an undisclosed location in Rio Grande City, Texas. SAENZ stated there were two (2) vehicles assisting him by look for law enforcement in the area.

4. Kevin Juan GARCIA-CERDA, a citizen of Mexico, provided a post Miranda statement. GARCIA stated he made a deal with a smuggling coordinator in Mexico for him to guide a group. GARCIA stated if he successfully guided the group into the United States his smuggling fees will be waived. GARCIA stated he was instructed to guide the group and enter a red in color mustang. GARCIA stated the driver of the red ford mustang instructed GARCIA and the group to get into the vehicle. GARCIA was presented a photo lineup and identified Ricardo SAENZ as the driver of the vehicle.